**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VESTTOO LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11160 (MFW)<br><br>(Jointly Administered) |
| LAWRENCE HIRSH, in his capacity as Liquidating Trustee of the Vesttoo Creditors Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>AON PLC, AON RISK SERVICES, INC. OF MARYLAND, AON RISK SERVICES CENTRAL, INC., AON UK LIMITED, AON (BERMUDA) LIMITED, AON REED STENHOUSE, INC., AON RE, INC., AON INSURANCE MANAGERS (BERMUDA) LTD., AON INSURANCE MANAGERS (DUBLIN) LIMITED, AON INSURANCE MANAGERS (ISLE OF MAN) LIMITED, WHITE ROCK INSURANCE (SAC) LTD., CHINA CONSTRUCTION BANK CORPORATION, CHINA CONSTRUCTION BANK (ASIA) CORPORATION, EHUD GINATI, LAM CHUN-YIN, CHENG WAI, ALAN WANG (A/K/A DAVID FU), and YU PO HOLDINGS LTD.,<br><br>Defendants. | Adv. Proc. No. 25-51971 (MFW) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

The undersigned hereby consent to the withdrawal of Cohen Tauber Spievack & Wagner P.C. ("CTSW") as counsel for defendant Ehud Ginati ("Defendant") in this action. CTSW had been co-counsel for Defendant with Gellert Seitz Busenkell & Brown LLC, which firm shall remain as counsel for Defendant.

---

[1] Due to the large number of debtor entities in the chapter 11 cases, a complete list of the Debtors is not provided herein. A full list of the Debtors (collectively "Vesttoo") in these proceedings is available at Annex A of the Chapter 11 Voluntary Petition of Vesttoo Ltd., filed at Dkt. 1 in Case No. 23-11160.

We hereby certify as the withdrawing attorney and the remaining attorney that the withdrawal will not cause or result in delay.

Dated: August 31, 2026

COHEN TAUBER SPIEVACK & WAGNER P.C.

By: /s/ Stephen Wagner
Stephen Wagner (admitted pro hac vice)
M. David Possick (admitted pro hac vice)
420 Lexington Avenue, Suite 2400
New York, New York 10170
Tel.: (212) 586-5800
swagner@ctswlaw.com
dpossick@ctswlaw.com

*Outgoing Attorneys for Defendant Ehud Ginati*

GELLERT SEITZ BUSENKELL
& BROWN LLC

By: /s/ Ronald S. Gellert
Ronald S. Gellert (DE 4259)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 425-5800
regllert@gsbblaw.com

*Remaining Attorneys for Defendant Ehud Ginati*